UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DAVID R. LESPIER,                            :        10 Civ. 1754 (SHS)

                          Plaintiff,         :

          -against-                          :        ORDER

NEW YORK STATE ARMY NATIONAL                 :
GUARD, *ET AL.*,

                                             :

                          Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        On December 7, 2010, Magistrate Judge Ronald L. Ellis issued a Report and

Recommendation recommending that this action be dismissed without prejudice for failure to

prosecute.  Objections to the Report and Recommendation were due on December 27, 2010.  To

date, the Court has received no objections from plaintiff.  After a *de novo* review of the Report

and Recommendation dated December 7, 2010,

        IT IS HEREBY ORDERED that Magistrate Judge Ellis' Report and Recommen-

dation is adopted and this action is dismissed without prejudice for failure to prosecute.

Dated:  New York, New York
        January 3, 2011

                                             SO ORDERED:

                                             _____
                                             Sidney H. Stein, U.S.D.J.